AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

Henry W. Martin, Jr.

    vs.

Earnestine M. Pepper

**JUDGMENT IN A CIVIL CASE**

Case Number: 6:07-1116-HMH

- [ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

- [ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

- [X] **Decision on the Record.** This action came before the court on the record. The issues have been reviewed and a decision rendered.

    **IT IS ORDERED AND ADJUDGED** the case is dismissed without prejudice.


LARRY W. PROPES, Clerk

BY:   s/Dianne Napier
        Case Manager

June 25, 2007